JAMES K. PRIESTLEY, Respondent, v. BUILDMASTER HOUSING CORP., Defendant and Third-Party Plaintiff-Appellant. PINE HILLS PURCHASE CORPORATION, Third-Party Defendant-Respondent.

708

Ughetta, Acting P. J., Hopkins and Munder, JJ., concur; Christ and Brennan, JJ., dissent and vote to affirm the judgments.